Dennis J. Wickham, Esq. (CSB No. 89835)
Seltzer Caplan McMahon Vitek, A Law Corporation
2100 Symphony Towers
750 B Street
San Diego, California 92101
Telephone: (619) 685-3135
Facsimile:  (619) 702-6812
*wickham@scmv.com*

Attorneys For  Murray Rosenthal

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | Chapter 11 |
|---|---|
| MILLENNIUM LAB HOLDINGS II, LLC, | Case No. 15-12284-LSS |
| Debtor. | REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS |
| Joint administration requested with In re Millennium Health, LLC (15-12285) and In re Rxante, LLC (15-12286) | |

PLEASE TAKE NOTICE that the undersigned respectfully requests that copies of all notices and other papers filed in the above referenced bankruptcy proceeding (including, without limitation, all proposed disclosure statements and plans of reorganization) be given to and served upon the undersigned pursuant to Bankruptcy Code section 1109 and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure:

       Dennis J. Wickham, Esq.
       SELTZER CAPLAN McMAHON VITEK
       A Law Corporation
       750 B Street, Suite 2100
       San Diego, California 92101
       Telephone: (619) 685-3003

Email: wickham@scmv.com;

PLEASE TAKE FURTHER NOTICE that the foregoing requests also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, hand deliver, telephone, telegraph, fax, or otherwise filed regarding the case or contested matters or proceedings therein.

Dated: November 10, 2015        SELTZER CAPLAN McMAHON VITEK

By: */s/ Dennis J. Wickham*
Dennis J. Wickham
Attorneys for Murray Rosenthal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28