IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re:                                              : Chapter 11
:
MILLENNIUM LAB HOLDINGS II, LLC,                    : Case No. 15-12284 (LSS)
:
16981 Via Tazon, San Diego, California,             : Tax I.D. No. 46-5355299
92127,                                              :
         Debtor.                                    : **Related Docket No. 4**
:
---------------------------------x
:
In re:                                              : Chapter 11
:
MILLENNIUM HEALTH, LLC,                             : Case No. 15-12285 (LSS)
:
16981 Via Tazon, San Diego, California,             : Tax I.D. No. 26-1565558
92127,                                              :
         Debtor.                                    : **Related Docket No. 3**
:
---------------------------------x
:
In re:                                              : Chapter 11
:
RXANTE, LLC,                                        : Case No. 15-12286 (LSS)
:
16981 Via Tazon, San Diego, California,             : Tax I.D. No. 45-4040219
92127,                                              :
         Debtor.                                    : **Related Docket No. 3**
:
---------------------------------x

**ORDER (A) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1
AND (B) WAIVING REQUIREMENTS OF 11 U.S.C. § 342(c)(1)
AND FED. R. BANKR. P. 1005 AND 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order"), pursuant to Bankruptcy Code section 342(c)(1), Bankruptcy Rules 1005, 1015(b) and 2002(n) and Local Bankruptcy Rule 1015-1, (i) providing for the joint administration of the Debtors' separate Chapter 11 Cases for procedural purposes only and (ii) seeking a waiver of the requirement that the captions in the Chapter 11 Cases list the Debtors' tax identification numbers and addresses; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned Chapter 11 Cases be, and hereby is, jointly administered by the Court.

3. The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the First Day Declaration.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                :  Chapter 11
In re:                                          :
                                                :  Case No. 15-12284 (LSS)
MILLENNIUM LAB HOLDINGS II, LLC, et             :
al.,                                            :  Jointly Administered
                                                :
              Debtors.¹                         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

4. Each motion, application and notice shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Millennium Lab Holdings II, LLC, Case No. 15-12284 (LSS).

5. The requirement under Bankruptcy Rule 2002(n) that any other names used by the Debtors in the previous eight (8) years and each Debtor's employer identification number be contained in the caption is hereby waived.

6. Docket entries shall be made on the dockets of Millennium Health, LLC, and RxAnte, LLC, substantially as follows:

> An order has been entered in this case consolidating this case with the case of Millennium Lab Holdings II, LLC, Case No. 15-12284 (LSS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 15-12284 (LSS) should be consulted for all matters affecting this case.

7. Procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the Debtors' estates.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Millennium Lab Holdings II, LLC (5299); Millennium Health, LLC (5558); and RxAnte, LLC (0219). The Debtors' address is 16981 Via Tazon, San Diego, California, 92127.

8. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

9. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       November 12, 2015

*[signature]*
UNITED STATES BANKRUPTCY JUDGE

1218926-NYCSR03A - MSW